FILED

OCT -5 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                     ) Case No.: No. 10-44507-E-13C
                                           )
TURNER, DEBRA ANNE                         ) UNCLAIMED FUNDS
                                           )
            Debtor(s)                      )
_____)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #751307 in the sum of $2,742.08 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | HSBC Mortgage Corp<br>2929 Walden Ave.<br>Depew, NY 14043 | $75,640.78 | $2,742.08 |

TOTAL CHECK $2,742.08

Dated this 21st day of September, 2015.     BY: _____
                                                 TRUSTEE